1
2
3
4
UNITED STATES DISTRICT COURT
5
NORTHERN DISTRICT OF CALIFORNIA
6
7
| ELVIS WAYNE JONES, TDCJ # 00536937, | Case No. 20-cv-05841-SK (PR) |
|---|---|
8
| Plaintiff, | |
9
| v. | **ORDER OF TRANSFER** |
10
| TDCJ-ID INSPECTOR SPY CONTRACTS, et al., | |
11
| Defendant(s). | |
12
Plaintiff, a Texas state prisoner incarcerated at the Texas Department of Criminal Justice
13
(TDCJ) Polunsky Unit in Livingston, Texas, has filed a pro se civil complaint for damages against
14
"TDCJ-ID Inspector Spy Contracts," "Texas Controllers of Public Accounts" and "Polk County"
15
alleging extortion and other wrongdoing inside and outside TDCJ Polunsky Unit.  Compl. (ECF
16
No. 1) at 1.
17
A substantial part of the events or omissions giving rise to the claim(s) occurred, and at
18
least one of the defendants named resides, in Polk County, Texas, which lies within the venue of
19
the Eastern District of Texas, Lufkin Division.  See 28 U.S.C. § 124(c)(6).  Venue therefore
20
properly lies in the Eastern District of Texas, Lufkin Division.  See id. § 1391(b).
21
Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. §
22
1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District
23
of Texas, Lufkin Division.
24
The clerk shall transfer this matter forthwith.
25
**IT IS SO ORDERED**.
26
Dated: August 28, 2020
27
_____
28
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California